**SNYDER LAW, LLP**
**Sean R. Burnett (SB# 227952)**
**Jessica Farley (SB# 280123)**
420 South Fairview Avenue, Suite 102
Santa Barbara, California 93117
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801
sburnett@snyderlaw.com
jfarley@snyderlaw.com

JS-6
REMAND BC603465

Attorneys for Defendant TARGET CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SAYEH ABROZI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; and DOES 1 to 20;<br><br>　　　　Defendants.<br>_____ / | Case No.<br>2:16−cv−00600−RSWL (SSx)<br><br>Judge: Hon. Ronald S. W. Lew<br>Magistrate: Hon. Suzanne H. Segal<br><br>**ORDER RE STIPULATION TO REMAND CASE TO SUPERIOR COURT AND CAP PLAINTIFF'S DAMAGES**<br><br>[Stipulation filed concurrently] |

Good cause appearing therefor, the Court orders as follows:

1. This matter shall be immediately remanded to the Los Angeles County Superior Court, Case No. BC603465, where the parties to the Stipulation have agreed that plaintiff, SAYEH ABROZI, will not recover more than $74,999.00.

2. All pending deadlines and hearings in this Court are vacated.

IT IS SO ORDERED.


Dated: 3/14/2016　　　　　　　　　　/s/ RONALD S.W. LEW
　　　　　　　　　　　　　　　　　　Hon. Ronald S.W. Lew
　　　　　　　　　　　　　　　　　　Senior U.S. District Judge

1
**[PROPOSED] ORDER RE STIPULATION TO REMAND CASE AND CAP DAMAGES**